THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADRIENNE DIETSCHE,

    Plaintiff,

v.

NANCY BERRYHILL,[1]
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

3:16-CV-2241
(JUDGE MARIANI)

FILED
SCRANTON
NOV 1 4 2017

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 13th DAY OF NOVEMBER, 2017, upon review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 16), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 16), is **ADOPTED**, for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Commissioner Nancy A. Berryhill is automatically substituted as the named defendant in place of former Acting Commissioner Carolyn W. Colvin.